UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ENNIS LEE BROWN,

    Plaintiff,

v.

                                      Case No. 16-cv-1463-pp

DR. RICKY SEABUL,

    Defendant.

## ORDER REGARDING PROCEDURE

On November 28, 2018, the court removed the December 6, 2018 status hearing from the calendar, and asked the parties to advise the court by the end of the day on December 14, 2018 whether they were willing to participate in mediation. Dkt. No. 84. Unfortunately, the defendant notified the court on December 3, 2018 that he was not interested in participating in mediation. Dkt. No. 85.

The court advises the parties that it is making efforts to recruit a lawyer to represent the plaintiff at trial. Once the court has identified a lawyer willing to accept the representation, the court will send the plaintiff a representation agreement, which he will need to sign and return to the court if he wishes to accept the representation. When the court receives the signed representation

agreement, it will re-schedule the status conference to discuss final pretrial and trial dates.

Dated in Milwaukee, Wisconsin this 6th day of December, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**