UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ENNIS LEE BROWN,

                Plaintiff,

v.                                              Case No. 16-cv-1463-pp

DR. RICKY SEABUL,

                Defendant.

---

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S *PRO SE* MOTION FOR RECUSAL (DKT. NO. 100)**

---

      Plaintiff Ennis Lee Brown has an attorney who has agreed to represent him on a volunteer basis. Dkt. Nos. 92, 93. This case is scheduled for trial on January 13, 2020, with a final pretrial conference scheduled for December 12, 2019. After the court appointed counsel for the plaintiff, the plaintiff filed a *pro se* motion asking Judge Pepper to recuse herself. Dkt. No. 100. The court will deny the plaintiff's motion without prejudice. Because the plaintiff is represented by counsel, the appropriate way for him to communicate with the court is to do so through his lawyer. See Lewis v. McLean, ___ F.3d ___, 2019 WL 5558091, *3 (7th Cir. Oct. 29, 2019) (finding no error when the district court told the represented plaintiff that his attorney must file papers on his behalf while he was represented).

      The court **ORDERS** that the plaintiff's *pro se* motion for recusal is

1

**DENIED WITHOUT PREJUDICE**. Dkt. No. 100.

Dated in Milwaukee, Wisconsin, this 19th day of November, 2019.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**